| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Brett F. Bodie<br>16133 Ventura Blvd<br>Ste 700<br>Encino, CA 91436<br>818-377-7413 Fax: 888-511-5374<br>California State Bar Number: 264452<br>brett@bodielawfirm.com | |
| ☐ *Debtor appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Renee Frances Rutkosky Bodie<br><br><br><br>Debtor(s). | CASE NO.: 1:13-bk-16793-MT<br>CHAPTER: 13<br><br>**DEBTOR'S NOTICE OF CONVERSION OF BANKRUPTCY CASE FROM CHAPTER 13 TO CHAPTER 7 [11 U.S.C. §1307(a),<br>LBR 1017-1, LBR 3015-1(q)(2)]**<br><br>[No hearing or order required.] |
|---|---|

PLEASE TAKE NOTICE THAT THAT DEBTOR CONVERTS THIS CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7 ON THE FOLLOWING GROUNDS:

1. A voluntary petition under chapter 13 was filed on (*insert date*): Oct 24, 2013

2. Name of chapter 13 trustee: Elizabeth Rojas.

3. The additional filing fee is being paid concurrently with the filing of this notice.

4. This notice of conversion is filed in good faith, and Debtor is eligible for relief under chapter 7.

Date:  November 5, 2013

Respectfully submitted,

/s/ Brett F. Bodie
Signature of Debtor or attorney for Debtor

Brett F. Bodie
Printed name of Debtor or attorney for Debtor

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 3015-1.21.NOTICE.CONVERT.CH13**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

16133 Ventura Blvd
Ste 700
Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*):   DEBTOR'S NOTICE OF CONVERSION OF BANKRUPTCY CASE FROM CHAPTER 13 TO CHAPTER 7 [11 U.S.C. §1307(a), LBR 1017-1, LBR 3015-1(q)(2)]   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/5/13, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**(1) U.S. Trustee: ustpregion16.wh.ecf@usdoj.gov**

**(2) Elizabeth Rojas, Chapter 13 Trustee: cacb_ecf_sv@ch13wla.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 11/5/2013 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**(1) Hon. Maureen A. Tighe**
**United States Bankruptcy Court**
**Central District of California**
**21041 Burbank Blvd Suite 324 / Ctrm 302**
**Woodland Hills, Ca 91367**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November  5, 2013 | Brett F. Bodie | /s/ Brett F. Bodie |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                              Page 2                        F 3015-1.21.NOTICE.CONVERT.CH13