Form van180–convu VAN–180
Rev. 11/12

# United States Bankruptcy Court
## Central District Of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## NOTICE THAT THE CASE HAS BEEN CONVERTED TO CHAPTER 7 FROM CHAPTER 13 AND OF RELATED REQUIREMENTS [11 U.S.C. § 1307(a)]

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Renee Frances Bodie | **BANKRUPTCY NO.** 1:13–bk–16793–MT<br>**CHAPTER** 7 |

**SSN:** xxx–xx–3017
**EIN:** N/A

5442 Jon Dodson Dr
Agoura Hills, CA 91301

The debtor having filed a Debtor's Notice of Conversion on 11/7/13, converting this chapter 13 case to a case under chapter 7 of the Bankruptcy Code;

NOTICE IS HEREBY GIVEN THAT:

(1)  The debtor must file a statement of intention with respect to retention or surrender of property securing consumer debts within 30 days from the date of the filing the Debtor's Notice of Conversion or the first date set for the meeting of creditors, <u>whichever is earlier</u>.

(2)  Within 14 days from the date of the filing of the Debtor's Notice of Conversion, the debtor must file:

(a)  A schedule of unpaid debts incurred after commencement of the chapter 13 case; and

(b)  The statements and schedules required by F.R.B.P. 1019(1)(A) and 1007, and if this case commenced on or after October 17, 2005, a *Statement of Current Monthly Income and Means Test Calculation, Official Form 22A,* if such documents have not already been filed.

(3)  Within 30 days from the date of the filing of the Debtor's Notice of Conversion:

(a)  The chapter 13 trustee must file and transmit to the United States trustee a final report and account;

(b)  The debtor must, if the case is converted AFTER confirmation of a plan, file:

(i)  A schedule of all property not listed in the final report and account of the chapter 13 trustee which was acquired after commencement of the chapter 13 case but before the date of the filing of the Debtor's Notice of Conversion;

(ii)  A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 13 case but before the date of the filing of the Debtor's Notice of Conversion; and

(iii)  A schedule of unpaid debts not listed in the final report and account of the chapter 13 trustee which were incurred after the commencement of the chapter 13 case but before the date of the filing of the Debtor's Notice of Conversion.

BY THE COURT,

Dated: November 7, 2013

**Maureen Tighe**
United States Bankruptcy Judge

(Form van180–convu VAN–180) Rev. 11/12                                                **/ EG3**